Greene & Roberts
402 West Broadway, Suite 1025
San Diego, CA 92101
(619) 398-3400

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DYLON W. CRONON, individually and on behalf of all others similarly situated,<br><br>            Plaintiff,<br><br>    v.<br><br>FFE TRANSPORTATION SERVICES, INC. dba FROZEN FOOD EXPRESS, a Delaware Corporation and DOES 1-50, inclusive,<br><br>            Defendants. | Case No. 2:22-cv-01863-TLN-AC<br><br>Judge:  Hon. Troy L. Nunley<br>Magistrate:  Hon. Allison Claire<br>Action Date:  July 29, 2022<br><br>**ORDER ON JOINT STIPULATION TO STAY CASE PENDING PRIVATE MEDIATION** |

Case 2:22-cv-01863-TLN-AC Document 15 Filed 02/17/23 Page 2 of 2

The Court, having considered the Stipulation to Stay Case Pending Private Mediation, and GOOD CAUSE APPEARING, hereby GRANTS the stipulation. All proceedings in this case, including the pending motions to Compel Arbitration, Strike Class Allegations, and Dismiss Claims, or in the alternative, Stay Proceedings filed by Defendant, are continued, and all matters stayed until June 2, 2023.

If the matter has not resolved by June 2, 2023, the Court will reset the hearing date and rule on the pending motions filed by Defendant, based on the prior briefing submitted and/or additional briefing that may be allowed by the court.

All deadlines set by the Court's Scheduling Order, or otherwise, are presently stayed and will be continued to a date after June 2, 2023.

**IT IS SO ORDERED.**

Dated: February 17, 2023

_____
Troy L. Nunley
United States District Judge

1
ORDER ON JOINT STIPULATION TO STAY CASE PENDING PRIVATE MEDIATION
CASE NO. 2:22-CV-01863-TLN-AC