UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DYLON W. CRONON, individually, and on behalf of all others similarly situated;<br><br>Plaintiff,<br><br>vs.<br><br>FFE TRANSPORTATION SERVICES, INC. dba FROZEN FOOD EXPRESS, a Delaware corporation, and DOES 1-50, inclusive;<br><br>Defendants. | Case No.: 2:22-cv-01863-TLN-AC<br><br>Dist. Judge:     Hon. Troy L. Nunley<br>Mag. Judge:    Hon. Allison Claire<br>Action Date:   July 29, 2022<br>Action removed: October 19, 2022<br><br>**ORDER ON JOINT STIPULATION TO REMAND MATTER TO STATE COURT** |

Upon stipulation of the Parties, and for good cause appearing, the Court ORDERS as follows:

1. All dates presently on calendar for this matter are vacated; and
2. Plaintiff's case is remanded to the San Joaquin County Superior Court.

**IT IS SO ORDERED.**

Dated: May 18, 2023

Troy L. Nunley
United States District Judge